NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERT L. SWANK, JR.,**
*Appellant*

**v.**

**SECRETARY OF THE NAVY,**
*Appellee*

---

2025-2111

---

Appeal from the Armed Services Board of Contract Appeals in No. 61959, 63501, Administrative Judge Kenneth David Woodrow, Administrative Judge Michael N. O'Connell, Administrative Judge Owen C. Wilson.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

November 17, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 17, 2025